854 F.2d 1323
 Edmonston (Donald D.)
v.
Home Stake Oil & Gas Corporation, Home Stake Royalty Corp.,
Sabien Corp., Zink (John S., Jr.), Charislip (H.D.), Horkey
(William E.), Baden (W.A.), Ladd Petroleum Coprp., Fourth
National Bank of Tusa, R.G. Berry Company, Berry (R.G., Jr),
Beverly B. Disney Trust, Berry (A.F.)
 NO. 86-1512
 United States Court of Appeals,
Tenth Circuit.
 JUL 18, 1988
 Appeal From: D.Kan., 629 F.Supp. 620
 
 1
 AFFIRMED.